UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA and CELEBREX MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION | MDL NO. 05-1699<br>JUDGE CHARLES R. BREYER |
| THIS DOCUMENT RELATES TO:<br>*Gracie Blount v. Merck & Co., Inc., et. al.*<br>No. 3:06-cv-01739-CRB (previously Case No. 3:05-cv-0673 MJR PMF SDIL USDC) | ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 3:06-CV-1739 |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Clara Jean Hunter and the Defendants, Merck & Co., Inc., G.D. Searle, LLC, Pharmacia Corporation, Monsanto Company, and Pfizer, Inc. move to dismiss this case without prejudice. The parties have agreed that each party will bear their own costs and fees in this matter. Should Clara Jean Hunter or a representative of Plaintiff attempt to re-file claim against Merck & Co., Inc., G.D. Searle, LLC, Pharmacia Corporation, Monsanto Company, or Pfizer, Inc. she shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

AND IT IS ORDERED.

Dated: __August 25, 2006__

_____
Hon. Charles R. Breyer
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

ORDER OF DISMISSAL
3:05-CV-14580-CRB